**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6543

DEMETRIUS L. MCCOLLUM,

Plaintiff - Appellant,

versus

CORRECTIONAL OFFICER WIGGINS; LIEUTENANT
VAUGHN; CASE MANAGER VAUGHN; COUNSELOR BROWN;
UNIT MANAGER MCLAMB,

Defendants - Appellees,

and

HARLEY G. LAPPIN,

Respondent.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.   (5:04-ct-00008-BO)

Submitted:  December 20, 2007      Decided:  December 26, 2007

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Demetrius L. McCollum, Appellant Pro Se.   David Thomas Huband,
BUREAU OF PRISONS, Butner, North Carolina; Rudolf A. Renfer, Jr.,

Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius L. McCollum appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>McCollum v. Wiggins</u>, No. 5:04-ct-00008-BO (E.D.N.C. Feb. 21, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>